Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65888.**—Geo. S. Bush & Co., Inc., and R. H. Brown Co., Inc., et al. *v.* United States, protests 60/31377, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JULY 12, 1961

**No. 65889.**—Eastern Commission Co., Inc., et al. *v.* United States, protests 60/27050, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 12, 1961

**No. 65890.**—Raleigh Industries of Amer., Inc., and National Carloading Corp. et al. *v.* United States, protests 58/6559–S, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65891.**—Progressive Cycle Co. et al. *v.* United States, protests 58/8384–S, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65892.**—F. A. Baker & Co. et al. *v.* United States, protests 59/18520–S, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65893.**—James G. Wiley, a/c William G. Morschauser *v.* United States, protests 59/22333(A) and 59/34425 (Los Angeles).

RAO, Judge:   The protests enumerated above, which were consolidated for purposes of trial, relate to certain imported merchandise invoiced as steel wood